AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tinder, John D | U.S. District Court, SD IN | 05/10/05 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 01/01/04 to 12/31/04 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 46 East Ohio Street, Room 304  Indianapolis, IN 46204 | Reviewing Officer_____ , Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
May 16  2 17 PM '05
FINANCIAL DISCLOSURE OFFICE

| **FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tinder, John D | 05/10/05 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Barnes & Thornburg, Attorneys at Law (Partnership Share) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 05/10/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank One, NA Accounts | A | Interest | J | T | | | | | |
| 2. National City Bank Account | A | Interest | J | T | | | | | |
| 3. First Indiana Bank - IRA #1 (CD) | A | Interest | J | T | | | | | |
| 4. Barnes & Thornburg Profit Sharing Plan | | None | O | T | | | | | |
| 5. -Vanguard Institutional Index Mutual Fund | | | | | Buy-Monthly | | J | | |
| 6. -Harbor Cap Apprec Mutual Fund | | | | | Buy-Monthly | | J | | |
| 7. -Fidelity Small Cap Stock Mutual Fund | | | | | Buy-Monthly | | J | | |
| 8. United Home Life Ins. Co. (Annuity) | A | Interest | K | T | | | | | |
| 9. A.H. Belo Common Stock | A | Dividend | K | T | | | | | |
| 10. Colgate Palmolive Common Stock | A | Dividend | K | T | | | | | |
| 11. Northwestern Mutual Life Ins Co (Annuity) | A | Dividend | L | T | | | | | |
| 12. -Franklin Tmpltn Intl Eq Mutual Fund | | | | | | | | | |
| 13. -Balanced Mutual Fund | | | | | | | | | |
| 14. -Index 500 Stock Mutual Fund | | | | | | | | | |
| 15. -Aggressive Growth Stock Mutual Fund | | | | | | | | | |
| 16. Treasury Notes | B | Interest | L | T | | | | | |
| 17. Series EE Savings Bond Purchased 1992 | A | Interest | K | T | | | | | |
| 18. Series EE Savings Bonds Purchased 1993 | A | Interest | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

Name of Person Reporting

Tinder, John D

Date of Report

05/10/05

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Series EE Savings Bonds Purchased 1994 | A | Interest | K | T | | | | | |
| 20. Vanguard - IRA #2 | C | Dividend | M | T | | | | | |
| 21. -Vanguard 500 Index Fund | | | | | Buy | 01/15 | J | | |
| 22. Vanguard - IRA #3 | B | Dividend | M | T | | | | | |
| 23. -Vanguard 500 Index Fund | | | | | | | | | |
| 24. Vanguard Brokerage Account #1 | | | | | | | | | |
| 25. -Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 26. Vanguard Brokerage Account #2 | | | | | | | | | |
| 27. -Vanguard Health Care Fund | C | Dividend | L | T | | | | | |
| 28. -Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 29. -Vanguard Total Stock Mkt Idx | B | Dividend | L | T | | | | | |
| 30. Starbucks Corp. Common Stock | | None | J | T | | | | | |
| 31. PBHG Fund, Inc. (Mutual Fund) | | None | J | T | | | | | |
| 32. CSX (Common Stock) | A | Dividend | J | T | | | | | |
| 33. National Bank of Indpls. Accounts | D | Interest | O | T | | | | | |
| 34. Prudent Bear Fund No Load | | None | K | T | | | | | |
| 35. Merrill Lynch Account #1 | | | | | | | | | |
| 36. -Nuveen Div Adv Muni Fund | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 05/10/05 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. -JP Morgan Chase 11-28-2016 Sub Med (See Footnote #1) | B | Interest | | | Redemptn | 11/29 | K | A | |
| 38. -Zionsville In Cmnty Schs 0% Bonds | | None | K | T | | | | | |
| 39. Merrill Lynch Account #2 | | | | | | | | | |
| 40. -AES Corp | ' | None | J | T | | | | | |
| 41. -Nuveen Dividend Adv Muni Fund 2 | B | Dividend | K | T | | | | | |
| 42. -JP Morgan Chase 11-28-2016 Sub Med (See Footnote #2) | B | Interest | | | Redemptn | 11/29 | K | A | |
| 43. -Ind. Fina. Auth. NCAA Bonds | A | Interest | J | T | | | | | |
| 44. -Zionsville In Cmnty Schs 0% Bonds | | None | L | T | | | | | |
| 45. Northwestern Mutual Whole Life Ins | C | Dividends | L | T | | | | | |
| 46. National Bank of Indianapolis - IRA (CD) | A | Interest | J | T | | | | | |
| 47. National Bank of Indianapolis - CD matures 3/16/05 | B | Interest | M | T | Renewed | 03/16 | M | | |
| 48. National Bank of Indianapolis - CD (See Footnote #3) | B | Interest | | | Matured | 9/17 | M | | |
| 49. National Bank of Indianapolis - CD matures 3/17/05 | C | Interest | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tinder, John D | 05/10/05 |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS        (Indicate part of Report.)

Footnote #1 (Sec VII, Item 37) Because of redemption of all of these shares, this item will not be reported on future disclosure reports.

Footnote #2 (Sec VII, Item 42) Because of redemption of all of these shares, this item will not be reported on future disclosure reports.

Footnote #3 (Sec VII, Item 48) Because CD matured and was not renew, this item will not be reported on future disclosure reports.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tinder, John D | 05/10/05 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date_____5/10/05_____

NOTE: AN̲̅ ▮▮▮▮▮ NOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJE ▮▮▮▮▮ IMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544